IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN DILLOW | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-1852 |
| STACY L. GARITY | : | |

### ORDER

**AND NOW**, this 3rd day of May, 2024, upon consideration of Defendant's Motion to Dismiss Plaintiff's Class Action Complaint for Failure to State a Claim (ECF No. 6), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's complaint is **DISMISSED** *with prejudice*. The Clerk of Court is directed to mark this case **CLOSED.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**